**Opinion filed April 11, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00029-CR

_____

## SAI LINGAMANENI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 11001**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In his motion, Appellant states that he "no longer wishes to appeal" and requests that we grant the motion. *See* TEX. R. APP. P. 42.2(a). The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id.*

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

April 11, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.